07-15-00319-CR

~~07-15-311-CR~~

**F I L E D**
AUG 31 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

8-25-15

Chief Justice!
Brian Quinn

Yes Sir I'm Michael Eplin I signed for 25 yrs in Cause No. 70320-D on July 10th in Judge Emersens Court. When I signed I was still hearing voices + really didn't want to leave didn't care + wanted to spend the rest of my life in prison I'm 50 years old. Now that my Phsyc got my meds right I'm not feeling like that. Besides my depression & the fact I tried to commite suicide during this crime, + had to go to Northwest to get stiches in my neck. My Lawyer James E. Wooldridge did not bring any of this up to the Prosicuter or the Judge. I really hope you will grant this appeal Sir, as I really don't think this was fair. I'll probaoly catch chain this week or next so I'll be at TDC. Hope to hear from you Sir.
Thank You

Respectfully yours
Michael Eplin

Michael Gohn #74637
Potter Co. Jail
13100 N.E. 29th Ave
Amarillo Tx
79111

LEGAL INDIGENT
MAIL

Chief Justice
Brian Quinn
501 S. Fillmore St#2A
Amarillo Tx
79101

AMARILLO TX
27 AUG 2015 PM

U.S. POSTAGE PITNEY BOWES
$ 000.48°
ZIP 79101
02 4W
0001378400 AUG 27 2015

Potter County
Jail

79101$2499